## Vecchione, Appellant, *v.* Metalstand Company.

Argued December 10, 1970. *Thomas F. McDevitt,* for appellant; *Frederick W. Anton, 3rd,* with him *Charles C. Hansford,* for appellee.

Order affirmed.

## Watkins Products, Inc. *v.* Ceppaluni, Appellant.

Argued December 8, 1970. *Charles Polis,* for appellant; *Patrick James O'Connor,* with him *Pepper, Hamilton & Scheetz,* for appellee.

Judgment affirmed.

## March 23, 1971

## Altenbach *v.* Miles et al., Appellants.

Argued December 11, 1970. *Robertson B. Taylor,* with him *Kolb, Holland, Antonelli & Heffner,* for appellant; *Martin Cohen,* with him *Gus Milides,* for appellee.

Order affirmed.